Harry D. Roth - SBN 80611
Attorneys at Law
808 East Eighth St.
Davis, California 95616

(530) 756-1265
Fax (530) 231-2816

Attorney for Lindsey Shamberger

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento Division

LINDSEY SHAMBERGER, as an individual
and on behalf of her minor son, EC,

                Plaintiffs

      vs.

DANA TELLO and COUNTY OF YOLO

            Defendants.

_____/

Case No.

**COMPLAINT FOR DAMAGES**
(42 USC § 1983)

DEMAND FOR JURY TRIAL

Plaintiff alleges:

    1.   This is an action brought under  42 USC §1983 to recover damages against Defendants for violation of Plaintiffs' right to be free from unreasonable searches and seizures and to be secure in their persons, houses, papers and effects, guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution.

    2.   The jurisdiction of this Court is predicated upon 28 USC §§ 1331 and 1343.

    3.   Plaintiff Lindsey Shamberger is, and at all times mentioned in this complaint was, a citizen of the United States and a resident of Yolo County, California.    Plaintiff EC is, and at all times mentioned in this complaint was, a citizen of the United States.

4.   Defendant Dana Tello is, and at all times mentioned in this complaint was, a resident of the state of California. A substantial part of the events giving rise to this action occurred in Yolo County California, which is also defendant TELLO's place of employment .   Venue is therefore proper under 28 USC §1391(b.

5.    Defendant DANA TELLO  was, at all times mentioned in this complaint a deputy sheriff of County of Yolo, a political subdivision of a State of California, and employed by the office of the sheriff, a department of the County of Yolo.

6.   Defendant County of Yolo is and will at all times was a government entity, specifically a political subdivision of a State of California.

7.   Defendant Dana Tello was, at all times mentioned in this complaint, acting in the course and scope of her employment for the sheriff's department of the County of Yolo.

8.   Defendant Dana Tello is sued in her individual capacity.

9.   On or about January 28, 2012, DANA TELLO entered the home of PLAINTIFFS located at the property commonly known as 450 Thomas St Unit B, Woodland, CA.  Defendant DANA TELLO entered said home without the consent of Plaintiff, or any other adult  resident therein, without a warrant and without probable cause to believe that any exigent circumstances existed therein which would have excused the need for a warrant.  Thereafter, Defendant DANA TELLO using her authority as a law enforcement officer, commanded Plaintiff LINDSEY SHAMBERGER to show her which room in the house was the room in which Plaintiff LINDSEY SHAMBERGER slept and kept her belongings. Defendant DANA TELLO interrogated Plaintiff about matters of personal concern which had no legitimate law enforcement purpose under circumstances leading Plaintiff LINDSEY SHAMBERGER to believe that she was not privileged to refuse to answer.  Defendant DANA TELLO searched the contents of Plaintiff's bedroom, including but not limited to, clothing drawers, nightstand drawers, contents of a closet, dumping the Plaintiffs' personal property items on the floor.  Finally, after about 45 minutes of intrusion into the residence, Plaintiff Easton Covington, spoke to Defendant DANA TELLO.  Defendant DANA TELLO shouted at Plaintiff EC, who began crying uncontrollably.

10.  As a direct and proximate result of the actions of Defendant DANA TELLO, Plaintiffs suffered injury to their persons, psyches, to their health and strength., all to their damage according to

1   proof.

2        11.  In acting as alleged in this complaint, Defendant DANA TELLO acted knowingly, willfully

3   and maliciously and with reckless and callous disregard for Plaintiffs' federally protected rights.

4        WHEREFORE, Plaintiffs pray judgment against Defendants, and each of them, as follows:

5        1.  For compensatory damages in an amount to be determined according to proof at trial;

6        2.  For punitive damages, in an amount to be determined according to proof at trial;

7        3.  For reasonable attorney fees, pursuant to 42 USC § 1988;

8        4.  For costs of suit incurred in this action; and

9        5.  For such other and further relief as the Court deems proper.

10

11   January 25, 2014           Respectfully submitted,

12

13   _____/S/_____

14   Harry D. Roth,
    Attorney for Plaintiff Lindsey Shamberger

15

16        DEMAND FOR JURY TRIAL

17        Plaintiff Lindsey Shamberger hereby demands a jury trial.

18

19

20   January 25, 2014           Respectfully submitted.

21

22   _____/S/_____

23   Harry D Roth

24

25

26

27