1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10
                                   ----oo0oo----
11

12   LINDSEY SHAMBERGER, as an         CIV. NO. 2:14-00243 WBS DAD
     individual and on behalf of
13   her minor son, EC,                ORDER

14              Plaintiffs,

15        v.

16   DANA TELLO and COUNTY OF
     YOLO,
17

18              Defendants.

19
                                   ----oo0oo----
20

21        Plaintiffs Shamberger and her minor son EC allege that

22   on January 28, 2012, Deputy Sheriff Dana Tello conducted an

23   unreasonable search of their residence, upsetting EC and causing

24   injury to plaintiffs' persons, psyches, health, and strength.

25   (Compl. ¶ 1 (Docket No. 1).)  Plaintiffs brought this action

26   under 42 U.S.C. § 1983 against defendants Tello and Yolo County

27   for their alleged violations of the Fourth Amendment.  (Id.)

28   Yolo County moved to dismiss the claims against it for failure to

                                      1

1  state a claim upon which relief can be granted pursuant to

2  Federal Rule of Civil Procedure 12(b)(6), arguing plaintiffs have

3  failed to allege municipal liability under Monell v. Department

4  of Social Services, 436 U.S. 658 (1978).  (See Def.'s Mot.

5  (Docket No. 16).)  Plaintiff did not oppose the motion, nor does

6  plaintiff allege any basis for holding Yolo County liable under

7  Monell.

8         IT IS THEREFORE ORDERED that defendant Yolo County's

9  motion to dismiss be, and the same hereby is, GRANTED.  The

10  hearing set for May 4, 2015 is vacated.

11         Plaintiffs shall have twenty days from the date this

12  Order is signed to file an amended complaint if they can do so in

13  a manner consistent with this Order.

14  Dated:  April 28, 2015

15  _____

16  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                              2