UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LINDSEY SHAMBERGER, as an individual and on behalf of her minor son, E.C., <br><br> Plaintiffs, <br><br> v. <br><br> DANA TELLO, <br><br> Defendant. | CIV. NO. 2:14-243 WBS DB <br><br> <u>ORDER RE: REQUEST TO SEAL</u> |

----oo0oo----

Plaintiff Lindsey Shamberger brought this action on behalf of herself and her minor son E.C. against defendant Dana Tello under 42 U.S.C. § 1983. Defendant filed a motion for summary judgment on September 30, 2016 and attached a declaration--the declaration of Amanda McDermott (Docket No. 23-3)--to that motion. Defendant inadvertently left plaintiff Shamberger's birth date and the full names of her minor children in the McDermott declaration. (Notice of Request to Seal at 2

1

1    (Docket No. 24).)  Defendant requests that the court seal the
2    pages of the McDermott declaration containing that personal
3    information or the declaration in its entirety.  (Id. at 1.)
4             While a party seeking to seal a judicial record bears
5    the burden of overcoming a strong presumption in favor of public
6    access, defendant meets that presumption here.  Kamakana v. City
7    & County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006).  Local
8    Rule 140 permits parties to seal birth dates and minors' names
9    where the identity of the minor is not necessary to the action.
10   E.D. Cal. L.R. 140(a)(i), (iv).  The personal information
11   defendant seeks to seal here is not necessary to plaintiffs'
12   action, so the public does not have an interest in that
13   information.  Plaintiffs have an interest in keeping their
14   personal information private.  Accordingly, the court will seal
15   the pages of the McDermott declaration containing plaintiff
16   Shamberger's birth date (page 50) and the names of her minor
17   children (page 13).  Because the parties have dismissed the case,
18   defendant need not file redacted versions of the sealed pages.
19            IT IS THEREFORE ORDERED that defendant's request to
20   seal pages 13 and 50 of Docket No. 23-3 be, and the same hereby
21   is, GRANTED.
22   Dated:  October 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2