1 | LONGYEAR, O'DEA & LAVRA, LLP
2 | John A. Lavra, CSB No.: 114533
  | 3620 American River Drive, Suite 230
3 | Sacramento, CA 95864
  | Phone: 916-974-8500
4 | Facsimile: 916-974-8510

5 | Attorneys for County of Yolo and
  | Dana Tello

6 | Harry D. Roth - SBN 80611
7 | Attorneys at Law
  | 808 East Eighth St.
8 | Davis, California 95616
  | (530) 756-1265
9 | Fax (530) 231-2816

10 | Attorney for Plaintiffs
   | Lindsey Shamberger and Minor Son

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **LINDSEY SHAMBERGER, as an individual and on behalf of her minor son, EC,** | Case No.: 2:14-cv-00243-WBS-DAD |
| **Plaintiff,** | STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER |
| vs. | F.R.C.P. 41(a)(1)(ii) |
| **DANA TELLO and COUNTY OF YOLO,** | |
| **Defendant** | |

/ / /

/ / /

/ / /

*Stipulation for Dismissal, and [Proposed] Order* — *Page - 1*

IT IS HEREBY STIPULATED by and between Plaintiff, LINDSEY SHAMBERGER, and Defendants, DANA TELLO and COUNTY OF YOLO (herein "DEFENDANTS"), through their designated counsel that Plaintiff's Complaint and all claims alleged therein against Defendants are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), all parties to bear their own attorneys' fees and legal costs.

IT IS SO STIPULATED.

Dated:  10/25/2016				LONGYEAR, O'DEA & LAVRA, LLP

					By: /s/ John A. Lavra
					JOHN A. LAVRA,
					Attorney for County of Yolo and Dana Tello

Dated: 10/25/2016				By: /s/ Harry D. Roth
					HARRY D. ROTH
					Attorney for Plaintiffs
					Lindsey Shamberger and Minor Son

*Stipulation for Dismissal, and [Proposed] Order*					*Page - 2*

**ORDER**

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

The Complaint and all claims of Plaintiff Lindsey Shamberger against Defendants, DANA TELLO and COUNTY OF YOLO, are dismissed with prejudice. Each side to bear their own attorney's fees and costs

Dated:  October 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE