1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  3620 American River Drive, Suite 230
   Sacramento, CA 95864
3  Phone: 916-974-8500
   Facsimile: 916-974-8510
4
   Attorneys for County of Yolo and
5  Dana Tello

6  Harry D. Roth - SBN 80611
   Attorneys at Law
7  808 East Eighth St.
   Davis, California 95616
8  (530) 756-1265
   Fax (530) 231-2816
9
10 Attorney for Plaintiffs
   Lindsey Shamberger and Minor Son
11

12                  **UNITED STATES DISTRICT COURT**

13              **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

14 **LINDSEY SHAMBERGER, as an            )** Case No.: 2:14-cv-00243-WBS-DAD
   **individual and on behalf of her minor son,  )**
15 **EC,                                  )** **STIPULATION AND [~~PROPOSED~~]**
                                           ) **ORDER TO CONTINUE HEARING ON**
16         **Plaintiff,                   )** **DEFENDANT'S MOTION FOR**
                                           ) **SUMMARY JUDGMENT, OR IN THE**
17      **vs.                             )** **ALTERNATIVE SUMMARY**
                                           ) **ADJUDICATION**
18 **DANA TELLO and COUNTY OF YOLO,       )**
                                           )
19         **Defendant**

20

21         COMES NOW THE PARTIES by and through their respective counsel and subject to

22 the approval of this Court, hereby stipulate and respectfully request that this Court continue the

23 hearing date on Defendant Tello's Motion for Summary Judgment, or in the alternative,

24 Summary Adjudication to Monday, November 28, 2016, at 1:30 p.m.

25         WHEREAS, pursuant to stipulation of the parties, on October 27, 2016, the Court

26 ordered that the complaint and claims of Plaintiff Lindsey Shamberger against Defendants Dana

27 Tello and County of Yolo are dismissed with prejudice [ECF No. 27];

28
   *Stipulation and [Proposed] Order to Continue Hearing on Defendant's Motion for Summary*               Page - 1
   *Judgment, or in the alternative Summary Adjudication*

WHEREAS, additional time is required to effectuate the dismissal and/or compromise of the claims of Plaintiff E.C., a minor;

WHEREAS, continuing the hearing date will not prejudice any party or their counsel;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court continue the hearing on Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication as set forth above.

IT IS SO STIPULATED.

Dated: 10/27/2016                    LONGYEAR, O'DEA & LAVRA, LLP

                                     By:  /s/ John A. Lavra
                                          JOHN A. LAVRA,
                                          Attorney for County of Yolo and Dana Tello

Dated: 10/27/2016                    By:  /s/ Harry D. Roth
                                          HARRY D. ROTH
                                          Attorney for Plaintiffs
                                          Lindsey Shamberger and Minor Son

IT IS SO ORDERED.

Dated: October 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE