1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          ----oo0oo----

12
    LINDSEY SHAMBERGER, as an          CIV NO.: 2:14-243 WBS DB
13  individual and on behalf of
    her minor son, E.C.,               ORDER
14
                 Plaintiffs,
15
         v.
16
    DANA TELLO,
17
                 Defendant.
18

19

20                          ----oo0oo----

21          Plaintiffs Lindsey Shamberger and her minor son E.C.

22  brought this action against Defendant Dana Tello, alleging that

23  defendant conducted an unreasonable search of their residence in

24  violation of their constitutional rights under 42 U.S.C. § 1983.

25  (Compl. ¶ 9 (Docket No. 1).)  Defendant moved for summary

26  judgment or, alternatively, summary adjudication on September 30,

27  2016.  (Def's Mot. (Docket No. 23).)  After defendant filed the

28  Motion, plaintiff Lindsey Shamberger agreed to be dismissed from

                                 1

1   the action.  (Docket No. 27.)  The parties stated in a

2   stipulation that they intend "to effectuate the dismissal and/or

3   compromise of the claims of Plaintiff E.C." as well.  (Docket No.

4   30 at 2.)  To date, however, no dismissal has been filed for E.C.

5           No guardian ad litem was ever appointed or offered for

6   E.C.  E.C. cannot proceed in this action by himself.  See Fed. R.

7   Civ. P. 17(c)(2) ("The court must appoint a guardian ad litem--or

8   issue another appropriate order--to protect a minor . . . who is

9   unrepresented in an action."); Johns v. Cty. of San Diego, 114

10  F.3d 874, 877 (9th Cir. 1997) ("Because [plaintiff] is a minor,

11  he lacked the capacity to sue on his own.").  Where no guardian

12  ad litem has been offered for a minor, the court may dismiss the

13  minor's case.  See M. L. v. Barth, No. 14-CV-05423-LHK, 2015 WL

14  5785550, at *3 (N.D. Cal. Oct. 5, 2015) (dismissing action where

15  no guardian ad litem was offered for minor plaintiff); Watson v.

16  Cty. of Santa Clara, 468 F. Supp. 2d 1150, 1155 (N.D. Cal. 2007)

17  (same); L.S. ex rel. R.S. v. Panama Buena Vista Union Sch. Dist.,

18  No. 1:12-CV-00744 LJO, 2012 WL 3236743, at *2 (E.D. Cal. Aug. 6,

19  2012) ("[T]he matter will not proceed unless/until the child is

20  properly appointed a guardian ad litem."). Accordingly, the court

21  will dismiss E.C. from this action.

22          Because no plaintiff remains in this action, the court

23  will deny defendant's Motion as moot.

24          IT IS THEREFORE ORDERED that this action be, and the

25  same hereby is, DISMISSED without prejudice;

26          AND IT IS FURTHER ORDERED that defendant's Motion for

27  summary judgment or, alternatively, summary adjudication (Docket

28  No. 23) be, and the same hereby is, DENIED AS MOOT.

1    Dated:   November 23, 2016

2

3    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28